866

No. 95–103. KAST v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–104. NATIONAL REFRACTORIES & MINERALS CORP. v. GENERAL TEAMSTERS, WAREHOUSEMEN & HELPERS UNION, LOCAL 890. C. A. 9th Cir. Certiorari denied.

No. 95–106. RIELLY v. NEWS GROUP BOSTON, INC., ET AL. App. Ct. Mass. Certiorari denied.

No. 95–107. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–109. KILEY ET UX. v. FIRST NATIONAL BANK OF MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 95–113. MAHONEY ET AL. v. RFE/RL, INC. C. A. D. C. Cir. Certiorari denied.

No. 95–115. CHECKERS DRIVE-IN RESTAURANTS, INC. v. COMMISSIONER OF PATENTS AND TRADEMARKS. C. A. D. C. Cir. Certiorari denied.

No. 95–117. HAMMAD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–118. HYUNDAI MERCHANT MARINE CO., LTD. v. HYUNDAI CORP., U. S. A., ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–119. CMK CONSTRUCTION, INC., ET AL. v. CARPENTERS' PENSION TRUST FUND—DETROIT AND VICINITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–120. CARSTENSEN v. BRUNSWICK CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–121. AIRCRAFT BRAKING SYSTEMS CORP. v. LOCAL 856, INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–122. GRANBERRY ET AL. v. ISLAY INVESTMENTS ET AL. Sup. Ct. Cal. Certiorari denied.